# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| TO: Mr. James N. Hatten, Clerk<br>United States District Court | DATE: December 14, 2020 |
| RE: 17-41677-bem<br>Bankruptcy Case No. | Beaulieu Group, LLC, et al<br>Debtor(s) |
| AND/OR | Engineered Floors, LLC<br>Plaintiff/Appellant |
| 18-4031-bem.<br>Adversary Proceeding No. | vs<br>BEAULIEU OF AMERICA, INC.,BEAULIEU GROUP, LLC, PHOENIXCORPORATE RECOVERY SERVICES,LLC f/k/a PMCM 2, LLC in its capacity asthe liquidating trustee for the Estates ofBeaulieu Group, LLC, et al., andLAKESHORE EQUIPMENT COMPANYd/b/a LAKESHORE LEARNINGMATERIALS<br>Defendant/Appellee |

## S U B M I S S I O N   S H E E T

**Submitted on:**

☒ Notice of Appeal filed 12/11/2020- Doc. No. 144

File date of Order being appealed from 12/02/2020 - Doc. No. Order (doc # 138), Judgment (doc # 141)

☒ Appellant – Engineered Floors, LLC

Appellee - **BEAULIEU OF AMERICA, INC.,BEAULIEU GROUP, LLC, PHOENIXCORPORATE RECOVERY SERVICES,LLC f/k/a PMCM 2, LLC in its capacity asthe liquidating trustee for the Estates ofBeaulieu Group, LLC, et al., andLAKESHORE EQUIPMENT COMPANYd/b/a LAKESHORE LEARNINGMATERIALS**

☐ Motion for Leave to Appeal by Click here to enter text.

from order/judgment entered Click here to enter a date.

☐ Motion for Withdrawal filed by Click here to enter text.

☐ w/obj.   ☐ w/out obj.

☐ Proposed Findings of Fact/Conclusions of Law by Click here to enter text.

☐ w/obj.   ☐ w/out obj.

☐ Report and Recommendations

☐ w/obj.   ☐ w/out obj.

☐ Supplemental Record to USDC Case No. Click here to enter text.

☐ Other: Click here to enter text.

**Contents of Record:**

☐ Entire Record   ☐ Designated items of   ☐ Appellant(s)   ☐ Appellee

Filing Fee Paid - ☒ Yes   ☐ No

In Forma Pauperis - ☐ GRANTED   ☐ DENIED

Click here to enter text.Volumes of Record

Click here to enter text.Volumes of Transcript/Depositions

Click here to enter text.Envelope(s)/Box(s) Exhibits

If previous appeal filed, list:

USDC Case Number: Click here to enter text.

USDC Judge Assignment: Click here to enter text.

Previous case numbers in related appeal cases:

Click here to enter text.

FROM:  M. Regina Thomas, Clerk of Court

**Please return a "RECEIVED" stamped copy showing Case Number and Judge Assignment**

F08 (submusdc.roa) (Rev. 10-2009) – *mgs10.20.14*

|  |  |
|---|---|
| United States Bankruptcy Court<br><br>By: ____/s/_____<br>Rhonda Gentry, Deputy Clerk | _____<br>**USDC Number/Judge** |