```
                                                       APPEAL, HOLD-TRANS

                          U.S. Bankruptcy Court
                       Northern District of Georgia (Rome)
                       Adversary Proceeding #: 18-04031-bem



Assigned to: Judge Barbara Ellis-Monro          Date Filed: 09/14/2018
Lead BK Case: 17-41677
Lead BK Title: Beaulieu Group, LLC and Beaulieu
Trucking, LLC
Lead BK Chapter: 11
Demand:

Nature[s] of Suit: 72  Injunctive relief - other
                   91  Declaratory judgment
                   02  Other (e.g. other actions that would have been brought in state cou

                                    represented by  Laura K. DiBiase
Plaintiff                                           Miller & Martin PLLC
-----------------------                             Suite 2100
Engineered Floors, LLC                              1180 West Peachtree Street, NW
                                                    Atlanta, GA 30309
                                                    (404) 962-6450
                                                    Fax  : (404) 962-6351
                                                    Email: laura.dibiase@millermartin.com

                                                    William A. DuPre, IV
                                                    Miller & Martin, PLLC
                                                    Suite 2100
                                                    1180 West Peachtree Street, N.W.
                                                    Atlanta, GA 30309
                                                    404-962-6100
                                                    Fax  : (404) 962-6300
                                                    Email: Bill.DuPre@millermartin.com
                                                    LEAD ATTORNEY

V.

                                    represented by  Matthew W. Levin
Defendant                                           Scroggins & Williamson, P.C.
-----------------------                             One Riverside, Suite 450
Beaulieu of America, Inc.                           4401 Northside Parkway
Registered Agent David A Marr                       Atlanta, GA 30327
208 West Gordon St Suite 2B                         (404) 893-3880
Dalton, GA 30720                                    Fax  : (404) 893-3886
                                                    Email: mlevin@swlawfirm.com

                                                    J. Robert Williamson
                                                    Scroggins & Williamson, P.C.
                                                    One Riverside, Suite 450
                                                    4401 Northside Parkway
                                                    Atlanta, GA 30327
                                                    (404) 893-3880
                                                    Fax  : (404) 893-3886
                                                    Email: rwilliamson@swlawfirm.com

                                    represented by  John F. Isbell
Defendant                                           Thompson Hine LLP
-----------------------                             Suite 1600 - Two Alliance Center
Beaulieu Group, LLC                                 3560 Lenox Road
Reg Agt J Robert Williamson                         Atlanta, GA 30326
4401 Northside Pkwy Suite 450                       (404) 541-2900
Atlanta, GA 30327                                   Fax  : (404) 541-2905

                                                    Matthew W. Levin
```

```
                                              (See above for address)
                                              LEAD ATTORNEY

                                              J. Robert Williamson
                                              (See above for address)

                             represented by   John F. Isbell
Defendant                                     (See above for address)
------------------------
PMCM 2, LLC in its capacity as the            Matthew W. Levin
liquidating trustee for the Estates of        (See above for address)
Beaulieu Group, LLC, et al.
Registered Agent                              Garrett A. Nail
8 The Green, Suite R                          Thompson Hine, LLP
Dover, DE 19901                               Suite 1600, Two Alliance Center
                                              3560 Lenox Road
                                              Atlanta, GA 30326
                                              (404) 407-3610
                                              Fax  : (404) 541-2905

                                              J. Robert Williamson
                                              (See above for address)

                             represented by   John K. Flock
Defendant                                     Bradley & Gmelich LLP
------------------------                       700 N. Brand Blvd
Lakeshore Equipment Company d/b/a             10th Floor
Lakeshore Learning Materials                  Glendale, CA 91203
4287 Roswell Road                             818-243-5200
Marietta, GA 30062
                                              Albert F. Nasuti
                                              Thompson, OBrien, Kemp & Nasuti, P.C.
                                              40 Technology Parkway South
                                              Suite 300
                                              Peachtree Corners, GA 30092
                                              770-925-0111
                                              Fax  : 770-925-8597
                                              Email: ifisher@tokn.com

                                              Albert F. Nasuti
                                              Thompson, O'Brien, Kemp & Nasuti, PC
                                              Suite 300
                                              40 Technology Parkway South
                                              Peachtree Corners, GA 30092
                                              (770) 925-0111
                                              Fax  : 770-925-8597
                                              Email: obalashova@tokn.com

                             represented by   Albert F. Nasuti
Counter-Claimant                              (See above for address)
------------------------                       LEAD ATTORNEY
Lakeshore Equipment Company d/b/a
Lakeshore Learning Materials

                             represented by   Albert F. Nasuti
Cross-Claimant                                (See above for address)
------------------------                       LEAD ATTORNEY
Lakeshore Equipment Company d/b/a
Lakeshore Learning Materials

Interested Party
------------------------
Lakeshore Equipment Company dba
Lakeshore Learning Materials
Registered Agent
Jennifer Centazzo
2695 E Dominguez St, Carson
Los Angeles, CA 90895
```

```
                                        represented by  John F. Isbell
Counter-Claimant                                        (See above for address)
-----------------------
Beaulieu Group, LLC                                     Matthew W. Levin
Reg Agt J Robert Williamson                             (See above for address)
4401 Northside Pkwy Suite 450
Atlanta, GA 30327


                                        represented by  John F. Isbell
Counter-Claimant                                        (See above for address)
-----------------------
PMCM 2, LLC in its capacity as the                      Matthew W. Levin
liquidating trustee for the Estates of                  (See above for address)
Beaulieu Group, LLC, et al.
Registered Agent
8 The Green, Suite R
Dover, DE 19901


V.

Counter-Defendant
-----------------------
Engineered Floors, LLC

Counter-Claimant
-----------------------
Beaulieu Group, LLC
Reg Agt J Robert Williamson
4401 Northside Pkwy Suite 450
Atlanta, GA 30327

Counter-Claimant
-----------------------
PMCM 2, LLC in its capacity as the
liquidating trustee for the Estates of
Beaulieu Group, LLC, et al.
Registered Agent
8 The Green, Suite R
Dover, DE 19901


V.

Counter-Defendant
-----------------------
Engineered Floors, LLC

Counter-Claimant
-----------------------
Lakeshore Equipment Company d/b/a
Lakeshore Learning Materials
4287 Roswell Road
Marietta, GA 30062

V.

Counter-Defendant
-----------------------
Engineered Floors, LLC
```

| Filing Date | # | Docket Text |
| --- | --- | --- |
| 09/14/2018 | 1 | Adversary case 18-04031. Complaint against Beaulieu of America, Inc., Beaulieu Group, LLC, PMCM 2, LLC in its capacity as the liquidating trustee for the Estates of Beaulieu Group, LLC, et al., Lakeshore Equipment Company d/b/a Lakeshore Learning Materials , Fee Collected $ |

|  |  |  |
|---|---|---|
|  |  | 350 72 (Injunctive relief - other) 91 (Declaratory judgment) 02 (Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy)) Filed by Engineered Floors, LLC (Attachments: # 1 Exhibit Exhibit A # 2 Exhibit Exhibit B # 3 Exhibit Exhibit C # 4 Exhibit Exhibit D # 5 Pleading Adversary Proceeding Cover Sheet # 6 Pleading Corporate Disclosure Statement) (DuPre, William) 🛈 |
| 09/14/2018 | 2 | Receipt of Complaint(18-04031) [cmp,cmp] ( 350.00) filing fee. Receipt Number 49034582. Fee Amount 350.00 (re: Doc# 1) (U.S. Treasury) |
| 09/17/2018 | 3 | Summons Issued on Beaulieu Group, LLC Answer Due 10/17/2018; Beaulieu of America, Inc. Answer Due 10/17/2018; Lakeshore Equipment Company d/b/a Lakeshore Learning Materials Answer Due 10/17/2018; PMCM 2, LLC in its capacity as the liquidating trustee for the Estates of Beaulieu Group, LLC, et al. Answer Due 10/17/2018 (rhg) 🛈 |
| 09/17/2018 | 4 | Summons Issued on Beaulieu Group, LLC Answer Due 10/17/2018; Beaulieu of America, Inc. Answer Due 10/17/2018; Lakeshore Equipment Company d/b/a Lakeshore Learning Materials Answer Due 10/17/2018; Lakeshore Equipment Company dba Lakeshore Learning Materials Answer Due 10/17/2018; PMCM 2, LLC in its capacity as the liquidating trustee for the Estates of Beaulieu Group, LLC, et al. Answer Due 10/17/2018 (rhg) 🛈 |
| 09/17/2018 | 5 | Certificate of Service of Summons and Complaint *(Certificate of Service Under BLR 7005-1)* filed by Laura K. DiBiase on behalf of Engineered Floors, LLC. (related document(s)1, 3) (DiBiase, Laura) |
| 10/01/2018 | 6 | Statement of Non-Consent to Removal to Bankruptcy Court filed by John K. Flock on behalf of Lakeshore Equipment Company dba Lakeshore Learning Materials. (crfl-Intake) |
| 10/09/2018 | 7 | Motion for Preliminary Injunction , Motion for Contempt *(Plaintiff Engineered Floors' Motion to Impose and Enforce Injunction and for Order Holding Defendant Lakeshore in Contempt and Request for Expedited Hearing and Memorandum in Support)* filed by William A. DuPre IV on behalf of Engineered Floors, LLC. (Attachments: # 1 Pleading Memorandum) (DuPre, William) |
| 10/15/2018 | 8 | Notice of Hearing re: *Plaintiff Engineered Floors' Motion to Impose and Enforce Injunction and for Order Holding Defendant Lakeshore in Contempt and Request for Expedited Hearing* filed by Laura K. DiBiase on behalf of Engineered Floors, LLC. Hearing to be held on 11/13/2018 at 01:00 PM in Courtroom 1402, Atlanta, (related document(s)7) (DiBiase, Laura) |
| 10/15/2018 | 9 | Joint Stipulation *to Extend Time for Defendant Lakeshore Equipment Company d/b/a Lakeshore Learning Materials to Answer Plaintiff Engineered Floors's Complaint* Filed by Laura K. DiBiase on behalf of Engineered Floors, LLC. (related document(s)1) (DiBiase, Laura) |
| 10/16/2018 | 10 | Notice of Appearance  filed by John F. Isbell on behalf of PMCM 2, LLC in its capacity as the liquidating trustee for the Estates of Beaulieu Group, LLC, et al.. (Isbell, John) 🛈 |
| 10/16/2018 | 11 | Notice of Appearance  filed by Garrett A. Nail on behalf of PMCM 2, LLC in its capacity as the liquidating trustee for the Estates of Beaulieu Group, LLC, et al.. |

|            |     |                                                                                                                                                                                                                                                                                                                                                                      |
|------------|-----|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |     | (Nail, Garrett)                                                                                                                                                                                                                                                                                                                                                       |
| 10/17/2018 | 12  | Notice of Appearance  Filed by Albert F. Nasuti on behalf of Lakeshore Equipment Company d/b/a Lakeshore Learning Materials. (Nasuti, Albert)                                                                                                                                                                                                                          |
| 10/17/2018 | 13  | Certificate of Service of Notice of Appearance filed by Albert F. Nasuti on behalf of Lakeshore Equipment Company d/b/a Lakeshore Learning Materials. (related document(s)12) (Nasuti, Albert)                                                                                                                                                                         |
| 10/17/2018 | 14  | Answer to Complaint *Answer, Defenses and Objection to Administrative Expense Claim Filed by Defendants Beaulieu Group, LLC and PMCM 2, LLC*, Counterclaim by Beaulieu Group, LLC, PMCM 2, LLC in its capacity as the liquidating trustee for the Estates of Beaulieu Group, LLC, et al. against Engineered Floors, LLC filed by Matthew W. Levin on behalf of Beaulieu Group, LLC, PMCM 2, LLC in its capacity as the liquidating trustee for the Estates of Beaulieu Group, LLC, et al.. (Levin, Matthew) |
| 10/26/2018 | 15  | Answer *to Complaint, Crossclaim and Counterclaims* filed by Albert F. Nasuti on behalf of Lakeshore Equipment Company d/b/a Lakeshore Learning Materials. (related document(s)1) (Nasuti, Albert)                                                                                                                                                                     |
| 11/06/2018 | 16  | Joint Stipulation *to Extend Time for Plaintiff Engineered Floors, LLC to Respond to Defendants Beaulieu Group, LLC's and PMCM 2, LLC's Objection to Administrative Expense Claim* Filed by Laura K. DiBiase on behalf of Engineered Floors, LLC. (related document(s)14) (DiBiase, Laura)                                                                               |
| 11/07/2018 | 17  | Response to Motion *to Impose and Enforce Injunction* filed by Albert F. Nasuti on behalf of Lakeshore Equipment Company d/b/a Lakeshore Learning Materials. (related document(s)7)(Nasuti, Albert)                                                                                                                                                                    |
| 11/12/2018 | 18  | Reply to Counterclaim (Related Doc # 14) filed by William A. DuPre IV on behalf of Engineered Floors, LLC. (DuPre, William)                                                                                                                                                                                                                                           |
| 11/12/2018 | 19  | Report of Rule 26(f) Conference  Filed by Laura K. DiBiase on behalf of Engineered Floors, LLC. (DiBiase, Laura)                                                                                                                                                                                                                                                      |
| 11/13/2018 |     | Status Hearing Held re: (related document(s)8) (jmw)                                                                                                                                                                                                                                                                                                                  |
| 11/14/2018 | 20  | Scheduling Order. Service by BNC. Entered on 11/14/2018. (related document(s)19) (rhg)                                                                                                                                                                                                                                                                                |
| 11/15/2018 | 21  | Stipulation *of Extension of Time to Respond* Filed by John F. Isbell on behalf of Beaulieu Group, LLC, PMCM 2, LLC in its capacity as the liquidating trustee for the Estates of Beaulieu Group, LLC, et al.. (Isbell, John)                                                                                                                                          |
| 11/16/2018 | 22  | Certificate of Mailing by BNC of Order Notice Date 11/16/2018. (Admin.) (Entered: 11/17/2018)                                                                                                                                                                                                                                                                         |
| 11/19/2018 |     | Document is incorrect or deficient in the following manner: Missing Certificate of Service, (related document(s)21) (fdt)                                                                                                                                                                                                                                              |
| 11/20/2018 | 23  | Certificate of Service  Filed by John F. Isbell on behalf of Beaulieu Group, LLC, PMCM 2, LLC in its capacity as the liquidating trustee for the Estates of Beaulieu Group, LLC, et al.. (related document(s)21) (Isbell, John)                                                                                                                                        |

| 11/26/2018 | 24 | Corporate Ownership Statement Filed by Albert F. Nasuti on behalf of Lakeshore Equipment Company d/b/a Lakeshore Learning Materials. (Nasuti, Albert) |
| 12/13/2018 | 25 | Answer *(Plaintiff Engineered Floors, LLC's Defenses and Answer to Counterclaims by Lakeshore Equipment Company d/b/a Lakeshore Learning Materials)* filed by William A. DuPre IV on behalf of Engineered Floors, LLC. (related document(s)15) (DuPre, William) |
| 12/13/2018 | 26 | Motion to Dismiss Case *(Motion to Dismiss Cross-Claim Filed by Lakeshore Equipment Company)* filed by John F. Isbell on behalf of Beaulieu Group, LLC, PMCM 2, LLC in its capacity as the liquidating trustee for the Estates of Beaulieu Group, LLC, et al.. (related document(s)15) (Attachments: # 1 Brief) (Isbell, John) |
| 12/26/2018 | 27 | Stipulation *Extending Deadline to File a Response to the Motion to Dismiss* Filed by Albert F. Nasuti on behalf of Lakeshore Equipment Company d/b/a Lakeshore Learning Materials. (Nasuti, Albert) |
| 01/04/2019 | 28 | Joint Stipulation *Dismissing Crossclaim by Lakeshore Equipment Company d/b/a/ Lakeshore Learning Materials without prejudice* Filed by Albert F. Nasuti on behalf of Lakeshore Equipment Company d/b/a Lakeshore Learning Materials. (Nasuti, Albert) |
| 02/25/2019 | 29 | Motion to Sever  filed by Albert F. Nasuti on behalf of Lakeshore Equipment Company d/b/a Lakeshore Learning Materials. (Nasuti, Albert) See doc # 31 for COS. Modified on 2/26/2019 (rhg). |
| 02/25/2019 | 30 | Brief *In Support Of Defendant Lakeshore Equipment Companys Motion To Sever* Filed by Albert F. Nasuti on behalf of Lakeshore Equipment Company d/b/a Lakeshore Learning Materials. (related document(s)29) (Nasuti, Albert) See doc # 31 for COS. Modified on 2/26/2019 (rhg). |
| 02/25/2019 | 31 | Certificate of Service  Filed by Albert F. Nasuti on behalf of Lakeshore Equipment Company d/b/a Lakeshore Learning Materials. (related document(s)29, 30) (Nasuti, Albert) |
| 02/25/2019 | 32 | Motion for Partial Summary Judgment  filed by Albert F. Nasuti on behalf of Lakeshore Equipment Company d/b/a Lakeshore Learning Materials. (Nasuti, Albert) See doc # 37 for COS. Modified on 2/26/2019 (rhg). |
| 02/25/2019 | 33 | Brief *in Support of Defendant Lakeshore Equipment Companys Motion for Partial Summary Judgment* Filed by Albert F. Nasuti on behalf of Lakeshore Equipment Company d/b/a Lakeshore Learning Materials. (related document(s)32) (Nasuti, Albert) See doc # 37 for COS. Modified on 2/26/2019 (rhg). |
| 02/25/2019 | 34 | Statement of Undisputed Facts  Filed by Albert F. Nasuti on behalf of Lakeshore Equipment Company d/b/a Lakeshore Learning Materials. (Nasuti, Albert) See doc # 37 for COS. Modified on 2/26/2019 (rhg). |
| 02/25/2019 | 35 | Affidavit Regarding Motion for Partial Summary Judgment of Jeff Champlin Filed by Albert F. Nasuti on behalf of Lakeshore Equipment Company d/b/a Lakeshore Learning Materials. (related document(s)32) (Nasuti, Albert) See doc # 37 for COS. Modified on 2/26/2019 (rhg). |
| 02/25/2019 | 36 | Affidavit Regarding Motion for Partial Summary Judgment of |

|  |  |  |
|---|---|---|
|  |  | John K. Flock Filed by Albert F. Nasuti on behalf of Lakeshore Equipment Company d/b/a Lakeshore Learning Materials. (related document(s)32) (Nasuti, Albert) See doc # 37 for COS. Modified on 2/26/2019 (rhg). 🛈 |
| 02/25/2019 | 37 | Certificate of Service  Filed by Albert F. Nasuti on behalf of Lakeshore Equipment Company d/b/a Lakeshore Learning Materials. (related document(s)32, 33, 34, 35, 36) (Nasuti, Albert) |
| 02/25/2019 | 38 | Motion to Set Hearing for Oral Argument *Lakeshore Equipment Companys Motion to Sever and Motion for Partial Summary Judgment* filed by Albert F. Nasuti on behalf of Lakeshore Equipment Company d/b/a Lakeshore Learning Materials. (related document(s)29, 32) (Nasuti, Albert) Modified on 2/26/2019 (rhg). |
| 02/25/2019 | 39 | Motion to Stay Proceedings *(Motion to Stay Certain Deadlines Established by the Report of Rule 26(f) Conference)* filed by Albert F. Nasuti on behalf of Lakeshore Equipment Company d/b/a Lakeshore Learning Materials. (related document(s)19, 20) (Nasuti, Albert) |
| 03/01/2019 | 40 | Certificate of Service *of (1) First Interrogatories to Engineered Floors, LLC; (2) First Request for Production of Documents to Engineered Floors, LLC; (3) First Request for Admissions to Engineered Floors, LLC*. Filed by Albert F. Nasuti on behalf of Lakeshore Equipment Company d/b/a Lakeshore Learning Materials. (Nasuti, Albert) |
| 03/01/2019 | 41 | Certificate of Service *of Discovery* Filed by Laura K. DiBiase on behalf of Engineered Floors, LLC. (DiBiase, Laura) |
| 03/06/2019 | 42 | Stipulation *Extending Time To File A Response To The Motion To Sever, Motion To Stay Proceedings And Motion For Partial Summary Judgment Filed By Defendant Lakeshore Equipment Company* Filed by J. Robert Williamson on behalf of Beaulieu Group, LLC, Beaulieu of America, Inc., PMCM 2, LLC in its capacity as the liquidating trustee for the Estates of Beaulieu Group, LLC, et al.. (related document(s)29, 32, 39) (Williamson, J.) |
| 03/28/2019 | 43 | Certificate of Service *for Objections and Responses of Lakeshore Equipment Company d/b/a Lakeshore Learning Materials to Plaintiff Engineered Floors, LLCs First Requests for Admission* Filed by Albert F. Nasuti on behalf of Lakeshore Equipment Company d/b/a Lakeshore Learning Materials. (Nasuti, Albert) |
| 03/29/2019 | 44 | Certificate of Service  Filed by Albert F. Nasuti on behalf of Lakeshore Equipment Company d/b/a Lakeshore Learning Materials. (Nasuti, Albert) |
| 03/29/2019 | 45 | Motion to Amend <Complaint >, Motion to Extend Time for Deadlines for Discover and Amendments to Pleadings filed by William A. DuPre IV on behalf of Engineered Floors, LLC. (DuPre, William) Modified on 4/1/2019 (rhg). 🛈 |
| 04/01/2019 | 46 | Certificate of Service *of Discovery* Filed by Laura K. DiBiase on behalf of Engineered Floors, LLC. (DiBiase, Laura) |
| 04/03/2019 | 47 | Amended Motion for Partial Summary Judgment  filed by Albert F. Nasuti on behalf of Lakeshore Equipment Company d/b/a Lakeshore Learning Materials. (related document(s)32) (Nasuti, Albert) |

| 04/03/2019 | 48 | Statement of Undisputed Material Facts in Support of Amended Motion for Partial Summary Judgment> Filed by Albert F. Nasuti on behalf of Lakeshore Equipment Company d/b/a Lakeshore Learning Materials. (related document(s)47) (Nasuti, Albert) |
|---|---|---|
| 04/03/2019 | 49 | Brief *in Support of Defendant Lakeshore Equipment Companys Amended Motion for Partial Summary Judgment* Filed by Albert F. Nasuti on behalf of Lakeshore Equipment Company d/b/a Lakeshore Learning Materials. (related document(s)47) (Nasuti, Albert) Modified on 4/4/2019 (rhg). |
| 04/03/2019 | 50 | Supplemental Brief *In Support Of Defendant Lakeshore Equipment Company's Motion To Sever* Filed by Albert F. Nasuti on behalf of Lakeshore Equipment Company d/b/a Lakeshore Learning Materials. (related document(s)30) (Nasuti, Albert) |
| 04/03/2019 | 51 | Certificate of Service  Filed by Albert F. Nasuti on behalf of Lakeshore Equipment Company d/b/a Lakeshore Learning Materials. (related document(s)47, 48, 49, 50) (Nasuti, Albert) |
| 04/05/2019 | 52 | Exhibits  Filed by Albert F. Nasuti on behalf of Lakeshore Equipment Company d/b/a Lakeshore Learning Materials. (related document(s)50) (Nasuti, Albert) |
| 04/05/2019 | 53 | Certificate of Service of Exhibit 1 to Supplemental Brief in Support of Defendant Lakeshore Equipment Company's Motion to Sever Filed by Albert F. Nasuti on behalf of Lakeshore Equipment Company d/b/a Lakeshore Learning Materials. (related document(s)52) (Nasuti, Albert) Modified on 4/8/2019 (rhg). |
| 04/10/2019 | 54 | Motion to Extend Time to *(Motion for Entry of Consent Order Extending Time to File a Response to the Motion to Sever, Motion to Stay Certain Deadlines and Motion for Partial Summary Judgment filed by Defendant Lakeshore Equipment Company)* filed by Laura K. DiBiase on behalf of Engineered Floors, LLC. (related document(s)29, 32, 39, 42, 47, 50) (DiBiase, Laura) 🛈 |
| 04/11/2019 | 55 | Consent Order GRANTING Motion Extending Time to File a Response to the Motion to Sever, Motion to Stay Certain Deadlines and Motion for Partial Summary Judgment filed by Defendant Lakeshore Equipment Company (Related Doc # 54) Service by BNC. Entered on 4/11/2019. (Mason, Connie) |
| 04/13/2019 | 56 | Certificate of Mailing by BNC of Order on Motion to Extend Time Notice Date 04/13/2019. (Admin.) (Entered: 04/14/2019) |
| 05/14/2019 | 57 | Motion to Extend Time to File Responses to Motions *Motion for Entry of Consent Order Further Extending Time to File a Response to the Motion to Sever, Motion to Stay Certain Deadlines and Motion for Partial Summary Judgment Filed by Defendant Lakeshore Equipment Company* filed by Matthew W. Levin on behalf of Beaulieu Group, LLC, Beaulieu of America, Inc., PMCM 2, LLC in its capacity as the liquidating trustee for the Estates of Beaulieu Group, LLC, et al.. (related document(s)29, 32, 39, 42, 47, 55) (Levin, Matthew) 🛈 |
| 05/15/2019 | 58 | Consent Order GRANTING Motion to Extend Time To File Response to Motion to Sever, Motion to Stay Certain Deadlines and Motion for Partial Summary Judgment filed by Defendant Lakeshore Equipment Co (Related Doc # 57) Service by BNC. Entered on 5/15/2019. (rhg) |

| | | |
|---|---|---|
| 05/17/2019 | 59 | Certificate of Mailing by BNC of Order on Motion to Extend Time Notice Date 05/17/2019. (Admin.) (Entered: 05/18/2019) |
| 05/28/2019 | 60 | Plaintiff Engineered Floors, LLC's Memorandum Opposing Defendant Lakeshore Equipment Company's Motion and Amended Motion for Partial Summary Judgment and Motion to Sever and Request for Hearing and Discovery Conference filed by William A. DuPre IV on behalf of Engineered Floors, LLC. (related document(s)29, 32, 47)(DuPre, William) Modified on 5/29/2019 (rhg). |
| 05/28/2019 | 61 | Brief *(Plaintiff Engineered Floors, LLC's Response to Defendant Lakeshore Equipment Company's Statement of Undisputed Material Facts in Support of Its Amendment Motion for Partial Summary Judgment)* Filed by William A. DuPre IV on behalf of Engineered Floors, LLC. (related document(s)48) (DuPre, William) |
| 05/28/2019 | 62 | Affidavit of Laura K. DiBiase in Support of Engineered Floors, LLC's Response to Lakeshore Equipment Company's Motion and Amended Motion for Partial Summary Judgment and Motion to Sever Filed by William A. DuPre IV on behalf of Engineered Floors, LLC. (related document(s)29, 32, 47, 60) (DuPre, William) Modified on 5/29/2019 (rhg). |
| 05/29/2019 | 63 | Response of Defendants Beaulieu Group, LLC and PMCM 2, LLC to Defendant Lakeshore Equipment Company's Amended Motion for Partial Summary Judgment and Motion to Sever filed by J. Robert Williamson on behalf of Beaulieu Group, LLC, PMCM 2, LLC in its capacity as the liquidating trustee for the Estates of Beaulieu Group, LLC, et al.. (related document(s)29, 32, 47)(Williamson, J.) Modified on 5/30/2019 (rhg). |
| 06/13/2019 | 64 | Certificate of Service *of Discovery (Plaintiff Engineered Floors, LLC's Rule 7034 Request for Entry and Inspection of Carpet to Defendant Lakeshore Equipment Company d/b/a Lakeshore Learning Materials)* Filed by Laura K. DiBiase on behalf of Engineered Floors, LLC. (DiBiase, Laura) |
| 06/13/2019 | 65 | Notice of Hearing re: *(Notice of Status Conference)* filed by Laura K. DiBiase on behalf of Engineered Floors, LLC. Hearing to be held on 6/25/2019 at 11:15 AM in Courtroom 1402, Atlanta, (DiBiase, Laura). Related document(s) 45 Motion to Amend . Modified on 6/14/2019 (jmw). |
| 06/21/2019 | 66 | *Reply to Plaintiff Engineered Floors, LLC. filed by Lakeshore Equipment Company d/b/a Lakeshore Learning Materials in Support of its (I) Amended Motion for Partial Summary Judgement and (II) Motion to Sever* Filed by Albert F. Nasuti on behalf of Lakeshore Equipment Company d/b/a Lakeshore Learning Materials. (related document(s)60) (Nasuti, Albert) Modified on 6/24/2019 (rhg). |
| 06/21/2019 | 67 | Reply to Defendants Beaulieu Group LLC and PMCM 2, LLC. filed by Lakeshore Equipment Company d/b/a Lakeshore Learning Materials in Support of its (I) Amended Motion for Partial Summary Judgement and (II) Motion to Sever Filed by Albert F. Nasuti on behalf of Lakeshore Equipment Company d/b/a Lakeshore Learning Materials. (related document(s) (Nasuti, Albert) Modified on 6/24/2019 (rhg). |
| 06/25/2019 | | Hearing Held re: (related document(s)45, 65) (jmw) |

| 06/28/2019 | 68 | Order GRANTING Motion to Amend Deadlines Established by Scheduling Order (Related Doc # 45) Service by BNC. Entered on 6/28/2019. (rhg) |
| 06/30/2019 | 69 | Certificate of Mailing by BNC of Order on Motion to Extend Time Notice Date 06/30/2019. (Admin.) (Entered: 07/01/2019) |
| 07/10/2019 | 70 | Certificate of Mailing by BNC of Order on Motion to Extend Time Notice Date 07/10/2019. (Admin.) (Entered: 07/11/2019) |
| 10/07/2019 | 71 | Joint Motion for Mediation  filed by Albert F. Nasuti on behalf of Lakeshore Equipment Company d/b/a Lakeshore Learning Materials. (Nasuti, Albert) |
| 10/07/2019 | 72 | Order Authorizing and Directing (GRANTING) Motion for Mediation (Related Doc # 71) Service by BNC. Entered on 10/7/2019. (rhg) |
| 10/09/2019 | 73 | Certificate of Mailing by BNC of Order on Mediation Notice Date 10/09/2019. (Admin.) (Entered: 10/10/2019) |
| 11/20/2019 | 74 | Transcript regarding Hearing Held 06/25/19 RE: Engineered Floors, LLC's Motion and Supporting Memorandum to Amend Complaint and Extend Deadlines for Discovery and Amendments to Pleadings. The transcript may be viewed at the Bankruptcy Court Clerk's Office or purchased from a transcriber. [For information about how to contact the transcriber, refer to the Court's Transcript Request Procedures page under the General Information tab on the Court's Website] Transcript access will be restricted through 2/18/2020. (related document(s)45) (slj) |
| 01/02/2020 | 75 | Notice of Leave of Absence from February 19, 2020, through and including February 21, 2020; April 13, 2020, through and including April 17, 2020; May 21, 2020, through and including May 22, 2020 filed by Albert F. Nasuti. (crfl-Intake) |
| 05/04/2020 | 76 | Notice of Leave of Absence from July 1, 2020 through and including July 15, 2020 filed by Albert F. Nasuti. (rhg) |
| 05/20/2020 | 77 | Notice of Objection of Engineered Floors to Motion to Approve Compromise and Settlement Between Liquidating Trustee and Lakeshore Equipment Company dba Lakeshore Learning Materials filed by William A. DuPre IV on behalf of Engineered Floors, LLC. (DuPre, William) |
| 05/27/2020 | 78 | Status Report *(Joint Report Regarding Mediation)* Filed by William A. DuPre IV on behalf of Engineered Floors, LLC. (related document(s)68, 72) (DuPre, William) |
| 06/12/2020 | 79 | Amended Complaint *(First Amended and Restated Complaint for Injunction, Declaratory Judgment, Damages and Other Relief)* filed by William A. DuPre IV on behalf of Engineered Floors, LLC. (Attachments: # 1 Exhibit Exhibit A # 2 Exhibit Exhibit B # 3 Exhibit Exhibit C # 4 Exhibit Exhibit D # 5 Exhibit Exhibit E # 6 Exhibit Exhibit F) (related document(s)1) (DuPre, William)  |
| 06/26/2020 | 80 | Answer to Amended Complaint (related document(s)79) *Answer and Defenses to First Amended and Restated Complaint for Injunction, Declaratory Judgment, Damages and Other Relief and Objection By Counterclaim to Administrative Expense Claim*, Counterclaim by Beaulieu Group, LLC, PMCM 2, LLC in its capacity as the liquidating trustee for the Estates of Beaulieu Group, LLC, et al. against Engineered Floors, LLC filed by Matthew W. Levin on behalf of Beaulieu Group, LLC, PMCM 2, LLC in its capacity |

| | | |
|---|---|---|
| | | as the liquidating trustee for the Estates of Beaulieu Group, LLC, et al.. (Levin, Matthew) |
| 06/29/2020 | 81 | Certificate of Service *of Discovery* Filed by Laura K. DiBiase on behalf of Engineered Floors, LLC. (DiBiase, Laura) |
| 06/30/2020 | 82 | Certificate of Service *of Discovery* Filed by Laura K. DiBiase on behalf of Engineered Floors, LLC. (DiBiase, Laura) |
| 06/30/2020 | 83 | Supplemental Motion to Sever *and Amended Motion for Partial Summary Judgment* filed by Albert F. Nasuti on behalf of Lakeshore Equipment Company d/b/a Lakeshore Learning Materials. (related document(s)29, 47) (Nasuti, Albert) Modified on 7/1/2020 (rhg). |
| 07/02/2020 | 84 | Answer to Amended Complaint (related document(s)79) , Declaratory Judgment, Damages and Other Relief and Counterclaim by Lakeshore Equipment Company d/b/a Lakeshore Learning Materials against all plaintiffs filed by Albert F. Nasuti on behalf of Lakeshore Equipment Company d/b/a Lakeshore Learning Materials. (Nasuti, Albert) Modified on 7/6/2020 (rhg). |
| 07/06/2020 | 85 | Certificate of Service *of Discovery* Filed by William A. DuPre IV on behalf of Engineered Floors, LLC. (DuPre, William) |
| 07/14/2020 | 86 | Plaintiff Engineered Floors, LLC's Memorandum Opposing Defendant Lakeshore Equipment Company's Supplement to Motion to Sever filed by William A. DuPre IV on behalf of Engineered Floors, LLC. (related document(s)29, 83)(DuPre, William) Modified on 7/15/2020 (rhg). |
| 07/16/2020 | 87 | Reply to Counterclaim (Plaintiff Engineered Floors, LLC's Defenses and Answer to Objection by Counterclaim to Administrative Expense Claim filed by Beaulieu Group, LLC and Phoenix Corporate Recovery Services, LLC f/k/a PMCM 2, LLC) (Related Doc 80) filed by William A. DuPre IV on behalf of Engineered Floors, LLC. (DuPre, William) Modified on 7/17/2020 (crfl). |
| 07/17/2020 | 88 | Motion for Protective Order *and Request to Stay Discovery* filed by Albert F. Nasuti on behalf of Lakeshore Equipment Company d/b/a Lakeshore Learning Materials. (Nasuti, Albert) |
| 07/21/2020 | 89 | Response to Motion *(Plaintiff Engineered Floors, LLC's Memorandum Opposing Defendant Lakeshore Equipment Company's Supplement to Amended Motion for Partial Summary Judgment)* filed by William A. DuPre IV on behalf of Engineered Floors, LLC. (related document(s)83)(DuPre, William) |
| 07/21/2020 | 90 | Brief *(Plaintiff Engineered Floors, LLC's Amended and Restated Response to Defendant Lakeshore Equipment Company's Statement of Undisputed Material Facts)* Filed by William A. DuPre IV on behalf of Engineered Floors, LLC. (related document(s)48) (DuPre, William) |
| 07/23/2020 | 91 | Reply to Counterclaim (Related Doc # 84) filed by William A. DuPre IV on behalf of Engineered Floors, LLC. (DuPre, William) |
| 07/23/2020 | 92 | Certificate of Service of Objections and Responses to Plantiff's Second Requests for Admission Filed by Albert F. Nasuti on behalf of Lakeshore Equipment Company d/b/a |

| | | |
|---|---|---|
| | | Lakeshore Learning Materials. (Nasuti, Albert) Modified on 7/24/2020 (rhg). |
| 07/24/2020 | 93 | Order and Notice of Hearing. Service by BNC. Hearing to be held on 8/20/2020 at 10:00 AM in Courtroom 1402, Atlanta, Entered on 7/24/2020. (related document(s)83, 88) (rhg) |
| 07/24/2020 | 94 | Motion for Summary Judgment *on Claims Against Beaulieu Group, LLC and Phoenix Corporate Recovery Services, LLC f/k/a PMCM 2, LLC, and on Counterclaim Against Engineered Floors, LLC* filed by Matthew W. Levin on behalf of Beaulieu Group, LLC, PMCM 2, LLC in its capacity as the liquidating trustee for the Estates of Beaulieu Group, LLC, et al.. (related document(s)79, 80) (Levin, Matthew) |
| 07/24/2020 | 95 | Brief *in Support of Motion for Summary Judgment on Claims Against Beaulieu Group, LLC and Phoenix Corporate Recovery Services, LLC f/k/a PMCM 2, LLC, and on Counterclaim Against Engineered Floors, LLC* Filed by Matthew W. Levin on behalf of Beaulieu Group, LLC, PMCM 2, LLC in its capacity as the liquidating trustee for the Estates of Beaulieu Group, LLC, et al.. (related document(s)94) (Levin, Matthew) |
| 07/24/2020 | 96 | Statement of Material Facts as to Which Phoenix Corporate Recovery Services, LLC f/k/a PMCM 2, LLC Contends No Genuine Issue Exists to be Tried in Support of Motion for Summary Judgment Filed by Matthew W. Levin on behalf of Beaulieu Group, LLC, PMCM 2, LLC in its capacity as the liquidating trustee for the Estates of Beaulieu Group, LLC, et al.. (Levin, Matthew) Modified on 7/27/2020 (rhg). |
| 07/26/2020 | 97 | Certificate of Mailing by BNC of Order and Notice Notice Date 07/26/2020. (Admin.) (Entered: 07/27/2020) |
| 07/28/2020 | 98 | Reply to Response *of Engineered Floors, LLC Opposing Lakeshore Equipment Companys Supplement to Motion to Sever* filed by Albert F. Nasuti on behalf of Lakeshore Equipment Company d/b/a Lakeshore Learning Materials. (related document(s) 83, 86)(Nasuti, Albert) Modified on 7/29/2020 (rhg). |
| 07/29/2020 | 99 | Certificate of Service *of Discovery* Filed by Laura K. DiBiase on behalf of Engineered Floors, LLC. (DiBiase, Laura) |
| 07/30/2020 | 100 | Certificate of Service *of Objections and Responses to Plaintiff Engineered Floors, LLC's First Interrogatories, Requests for Production of Documents and Requests for Admissions to Defendant Phoenix Corporate Recovery Services, LLC f/k/a PMCM 2, LLC* Filed by Matthew W. Levin on behalf of PMCM 2, LLC in its capacity as the liquidating trustee for the Estates of Beaulieu Group, LLC, et al.. (related document(s)82) (Levin, Matthew) |
| 07/31/2020 | 101 | Motion to Compel , Motion to Extend Time to Discovery *(Engineered Floors, LLC's Motion to Compel and Extend Discovery)* filed by William A. DuPre IV on behalf of Engineered Floors, LLC. (DuPre, William) 🛈 |
| 07/31/2020 | 102 | Brief *(Plaintiff Engineered Floors, LLC's Memorandum in Opposition to Lakeshore Equipment Company's Motion for Protective Order and Request to Stay Discovery, and in Support of Motion to Compel Discovery and to Extend Discovery)* Filed by William A. DuPre IV on behalf of Engineered Floors, LLC. (related document(s)88, 101) (DuPre, William) |

| 07/31/2020 | 103 | Notice of Discovery filed by William A. DuPre IV on behalf of Engineered Floors, LLC. (DuPre, William) |
|---|---|---|
| 07/31/2020 | 104 | Affidavit Regarding Motion to Compel and to Extend Discovery(*Supplemental Declaration of Laura K. DiBiase in Support of Engineered Floors, LLC's Motion to Compel Discovery and to Extend Discovery*) Filed by William A. DuPre IV on behalf of Engineered Floors, LLC. (related document(s)101) (DuPre, William) 🛈 |
| 07/31/2020 | 105 | Motion to Join *(Notice of Joinder of the Motion for Summary Judgment)* filed by Albert F. Nasuti on behalf of Lakeshore Equipment Company d/b/a Lakeshore Learning Materials. (related document(s)94, 95, 96) (Nasuti, Albert) |
| 07/31/2020 | 106 | Certificate of Service *of Notice of Intent to Serve Subpoena* Filed by Albert F. Nasuti on behalf of Lakeshore Equipment Company d/b/a Lakeshore Learning Materials. (Nasuti, Albert) |
| 08/04/2020 | 107 | Reply to Response *(Lakeshore Equipment Companys Reply to Plaintiff Engineered Floors LLCs Memorandum Opposing Defendant Lakeshore Equipment Companys Supplement to Motion for Partial Summary Judgment)* filed by Albert F. Nasuti on behalf of Lakeshore Equipment Company d/b/a Lakeshore Learning Materials. (related document(s)29, 47, 83, 89)(Nasuti, Albert) |
| 08/13/2020 | 108 | Order and Notice of Hearing. Service by BNC. Hearing to be held on 8/20/2020 at 10:00 AM in Courtroom 1402, Atlanta, Entered on 8/13/2020. (related document(s)101) (rhg) |
| 08/14/2020 | 109 | Brief *(Memorandum of Plaintiff Engineered Floors, LLC Opposing the BLT Defendant's Motion for Summary Judgment)* Filed by William A. DuPre IV on behalf of Engineered Floors, LLC. (related document(s)95) (DuPre, William) |
| 08/14/2020 | 110 | Affidavit Regarding in Support of Memorandum of Plaintiff Engineered Floors, LLC Opposing the BLT Defendant's Motion for Summary Judgment(*Declaration of Dale Davis in Support of Memorandum of Plaintiff Engineered Floors, LLC Opposing the BLT Defendant's Motion for Summary Judgment*) Filed by William A. DuPre IV on behalf of Engineered Floors, LLC. (Attachments: # 1 Exhibit Exhibit 1 # 2 Exhibit Exhibit 2) (related document(s)109) (DuPre, William) 🛈 |
| 08/14/2020 | 111 | Affidavit Regarding in Support of Memorandum of Plaintiff Engineered Floors, LLC Opposing the BLT Defendant's Motion for Summary Judgment(*Declaration of Laura K. DiBiase in Support of Memorandum of Plaintiff Engineered Floors, LLC Opposing the BLT Defendant's Motion for Summary Judgment*) Filed by William A. DuPre IV on behalf of Engineered Floors, LLC. (related document(s)109) (DuPre, William) 🛈 |
| 08/14/2020 | 112 | Brief *(Plaintiff Engineered Floors, LLC's Response to Statement of Material Facts as to Which Phoenix Corporate Recovery Services, LLC f/k/a PMCM 2, LLC Contends No Genuine Issue Exists to be Tried in Support of Motion for Summary Judgment)* Filed by William A. DuPre IV on behalf of Engineered Floors, LLC. (related document(s)96) (DuPre, William) |
| 08/14/2020 | 113 | Reply to Response *to Motion for Protective Order and Request to Stay Discovery* filed by Albert F. Nasuti on |

|            |     | behalf of Lakeshore Equipment Company d/b/a Lakeshore Learning Materials. (related document(s)29, 47)(Nasuti, Albert) |
|------------|-----|---|
| 08/15/2020 | 114 | Certificate of Mailing by BNC of Order and Notice Notice Date 08/15/2020. (Admin.) (Entered: 08/16/2020) |
| 08/16/2020 | 115 | Certificate of Mailing by BNC of Order and Notice Notice Date 08/16/2020. (Admin.) (Entered: 08/17/2020) |
| 08/20/2020 |     | Hearing Held re: (related document(s)101) (mjf) (Entered: 09/14/2020) |
| 08/25/2020 | 116 | Consent Order GRANTING Motion to Extend Discovery Period and Related Deadlines (Related Doc # 101) Service by BNC. Entered on 8/25/2020. (rhg) |
| 08/27/2020 | 117 | Certificate of Mailing by BNC of Order on Motion to Extend Time Notice Date 08/27/2020. (Admin.) (Entered: 08/28/2020) |
| 08/28/2020 | 118 | Motion for Leave of Court to Amend Defendant Lakeshore Equipment Companys Answer to the First Amended Complaint for Injunction, Declaratory Judgment, Damages and Other Relief filed by Albert F. Nasuti on behalf of Lakeshore Equipment Company d/b/a Lakeshore Learning Materials. (Nasuti, Albert) Modified on 8/31/2020 (rhg). |
| 08/28/2020 | 119 | Reply in Support of Motion to Compel Discovery filed by Laura K. DiBiase on behalf of Engineered Floors, LLC. (related document(s)101)(DiBiase, Laura) Modified on 8/31/2020 (rhg). |
| 08/28/2020 | 120 | Reply to Memorandum of Plaintiff Engineered Floors, LLC Opposing the BLT Defendants' Motion for Summary Judgment filed by Matthew W. Levin on behalf of Beaulieu Group, LLC, PMCM 2, LLC in its capacity as the liquidating trustee for the Estates of Beaulieu Group, LLC, et al.. (related document(s)94)(Levin, Matthew) Modified on 8/31/2020 (rhg). |
| 08/29/2020 | 121 | Certificate of Mailing by BNC of Order on Motion to Extend Time Notice Date 08/29/2020. (Admin.) (Entered: 08/30/2020) |
| 09/04/2020 | 122 | Consent Order GRANTING Motion for Leave of Court to file First Amended Answer to First Amended Complaint (Related Doc # 118) Service by BNC. Entered on 9/4/2020. (rhg) |
| 09/06/2020 | 123 | Certificate of Mailing by BNC of Order on Motion to Amend Notice Date 09/06/2020. (Admin.) (Entered: 09/07/2020) |
| 09/08/2020 | 124 | Amended Answer to Complaint *(First Amended Answer to the First Amended Complaint for Injunction, Declaratory Judgment, Damages and Other Relief and Counterclaims)* filed by Albert F. Nasuti on behalf of Lakeshore Equipment Company d/b/a Lakeshore Learning Materials. (related document(s)79, 84) (Nasuti, Albert) |
| 09/08/2020 | 125 | Proof of Service of Subpoena Filed by Albert F. Nasuti on behalf of Lakeshore Equipment Company d/b/a Lakeshore Learning Materials. (related document(s)106) (Nasuti, Albert) Modified on 9/9/2020 (crfl). |
| 09/09/2020 | 126 | Motion to Compel Discovery *(Engineered Floors, LLC's Motions to Compel Discovery, to Sequence Discovery, and for Leave to File Sur-Reply to the BLT Defendants' Reply)* filed by William A. DuPre IV on behalf of Engineered Floors, LLC. (DuPre, William) |
| 09/09/2020 | 127 | Brief *(Memorandum of Plaintiff Engineered Floors, LLC in Support of Engineered Floors, LLC's Motions to Compel, for* |

|  |  | *Leave to File Sur-Reply and Other Relief Against the BLT Defendants)* Filed by William A. DuPre IV on behalf of Engineered Floors, LLC. (related document(s)126) (DuPre, William) |
|---|---|---|
| 09/09/2020 | 128 | Affidavit Regarding Engineered Floors, LLC's Motion to Compel Discovery*(Declaration of Bill DuPre in Support of Engineered Floors, LLC's Motion to Compel Discovery)* Filed by William A. DuPre IV on behalf of Engineered Floors, LLC. (related document(s)126) (DuPre, William) 🛈 |
| 09/09/2020 | 129 | Notice of Filing Discovery filed by William A. DuPre IV on behalf of Engineered Floors, LLC. (DuPre, William) |
| 09/10/2020 | 130 | Proof of Service of Subpoena Filed by Laura K. DiBiase on behalf of Engineered Floors, LLC. (related document(s)99) (DiBiase, Laura) Modified on 9/11/2020 (rhg). |
| 09/18/2020 | 131 | Response to Motion *Response and Objection to Engineered Floors, LLC's Motions to Compel Discovery, to Sequence Discovery, and for Leave to File Sur-Reply to the BLT Defendants' Reply* filed by Matthew W. Levin on behalf of Beaulieu Group, LLC, PMCM 2, LLC in its capacity as the liquidating trustee for the Estates of Beaulieu Group, LLC, et al.. (related document(s)126)(Levin, Matthew) 🛈 |
| 09/29/2020 | 132 | Notice Regarding Return Mail addressed to Garrett A. Nail . Service by BNC. (related document(s)108) (rhg) |
| 10/02/2020 | 133 | Reply to Response *(Reply Memorandum of Plaintiff Engineered Floors, LLC in Support of Motions to Compel, for Leave to File Sur-Reply and Other Relief Against the BLT Defendants)* filed by William A. DuPre IV on behalf of Engineered Floors, LLC. (related document(s)126, 131)(DuPre, William) |
| 10/05/2020 | 134 | Order DENYING Motion For Leave to File Sur-Reply (Related Doc # 126) Service by BNC. Entered on 10/5/2020. (crfl) |
| 10/07/2020 | 135 | Certificate of Mailing by BNC of Order on Motion to Compel Notice Date 10/07/2020. (Admin.) (Entered: 10/08/2020) |
| 11/16/2020 | 136 | Order GRANTING Motion for Partial Summary Judgment (Related Doc # 47), GRANTING Motion for Summary Judgment (Related Doc # 94), DENYING Motion to Compel (Related Doc # 126) Service by BNC. Entered on 11/16/2020. (rhg) |
| 11/18/2020 | 137 | Certificate of Mailing by BNC of Order on Motion to Compel Notice Date 11/18/2020. (Admin.) (Entered: 11/19/2020) |
| 11/23/2020 | 138 | Order GRANTING Motion to Sever (Related Doc # 29). EF's claims against Lakeshore's counterclaim against EF are dismissed and all pending motions are DENIED as moot. Service by BNC. Entered on 11/23/2020. (rhg) 🛈 |
| 11/25/2020 | 139 | Certificate of Mailing by BNC of Order on Motion to Sever Notice Date 11/25/2020. (Admin.) (Entered: 11/26/2020) |
| 12/02/2020 | 140 | Judgment for Beaulieu of America, Inc., Beaulieu Group, LLC and PCMC 2, LLC. Service by BNC. Entered on 12/2/2020. (related document(s)47, 94, 126) (rhg) |
| 12/02/2020 | 141 | Judgment. All claims in Amended Complaint against Lakeshore Equipment Co and all Lakeshore's counterclaims are dismissed. Service by BNC Entered on 12/2/2020. (related document(s)138) (rhg) |
| 12/04/2020 | 142 | Certificate of Mailing by BNC of Judgment Notice Date |

12/04/2020. (Admin.) (Entered: 12/05/2020)

| | | |
|---|---|---|
| 12/04/2020 | 143 | Certificate of Mailing by BNC of Judgment Notice Date 12/04/2020. (Admin.) (Entered: 12/05/2020) |
| 12/11/2020 | 144 | Notice of Appeal to District Court Court, Fee $ 298 filed by William A. DuPre IV on behalf of Engineered Floors, LLC. Appellant Designation due by 12/28/2020, submission by USBC to USDC due by 1/11/2021, (Attachments: # 1 Exhibit Exhibit A # 2 Exhibit Exhibit B) (related document(s)138, 141) (DuPre, William) 🛈 |
| 12/11/2020 | 145 | Receipt of Notice of Appeal (FEE)(18-04031-bem) [appeal,97] ( 298.00) filing fee. Receipt Number 54787784. Fee Amount 298.00 (re: Doc# 144) (U.S. Treasury) |
| 12/11/2020 | 146 | Notice of Appeal to District Court Court, Fee $ 298 filed by William A. DuPre IV on behalf of Engineered Floors, LLC. Appellant Designation due by 12/28/2020, submission by USBC to USDC due by 1/11/2021, (Attachments: # 1 Exhibit A # 2 Exhibit B) (related document(s)136, 140) (DuPre, William) 🛈 |
| 12/11/2020 | 147 | Receipt of Notice of Appeal (FEE)(18-04031-bem) [appeal,97] ( 298.00) filing fee. Receipt Number 54787903. Fee Amount 298.00 (re: Doc# 146) (U.S. Treasury) |